IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff,* | § § | SA-20-CR-00143-OLG |
| vs. | § § | |
| (1) ALFONSO CANO-TOVAR, | § § § | |
| *Defendant.* | § § | |

### ORDER CONTINUING HEARING

Before the Court in the above-styled cause of action is Defendant's Motion to Continue Hearing on Motion to Suppress [#42]. The record reflects that Defendant filed a Motion to Suppress on July 7, 2020; the motion was referred to the undersigned; and the undersigned set the motion for a hearing on August 19, 2020 at 1:30 p.m. Defendant now asks the Court to continue the hearing so that he may adequately respond to the arguments and factual allegations raised in the Government's response to his motion, which was filed on August 17, 2020 after an extension of time was granted. The Court will grant the requested continuance.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Continue Hearing on Motion to Suppress [#42] is **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing scheduled for August 19, 2020 at 1:30 p.m. is **CANCELED**.

**IT IS FINALLY ORDERED** that Defendant's Motion to Suppress [#38] is set for hearing at **1:30 p.m. on September 11, 2020** to be conducted by videoconference. The Court will send instructions to join the hearing through Zoom by separate correspondence.

1

**IT IS SO ORDERED.**

SIGNED this 18th day of August, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE